IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br> v. <br> MARK MUSSELMAN, et al., <br><br> Defendants / | No. C-07-1918 MMC <br><br> **ORDER DIRECTING PLAINTIFF TO FILE CASE MANAGEMENT STATEMENT** |

    By separate order filed concurrently herewith, the Court has related the above-titled case to Case No. C-06-2306 MMC.

    Plaintiff is hereby DIRECTED to file, no later than August 17, 2007, a Case Management Statement, in which plaintiff shall set forth proposed deadlines for plaintiff to file a motion for default judgment against Mark Musselman, the only named defendant, and to amend to add the name or any "Doe" defendant, and shall include any other information pertinent to the scheduling of further proceedings in the above-titled action.

    **IT IS SO ORDERED.**

Dated: August 1, 2007

                                                 MAXINE M. CHESNEY <br>
                                                 United States District Judge