1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

PACIFIC INFORMATION RESOURCES, INC.,

10

              Plaintiff,

11

   v.

12

MARK MUSSELMAN, et al.,

13

              Defendants

14

No. C-07-1918 MMC

**ORDER SETTING DEADLINES FOR PLAINTIFF TO FILE MOTION FOR DEFAULT JUDGMENT AND TO ADD NEW PARTIES; SETTING CASE MANAGEMENT CONFERENCE**

15
16

     Before the Court is plaintiff's Case Management Statement, filed August 17, 2007.

17

Having considered the Statement, the Court hereby SETS the following dates and

18

deadlines:

19

     1.  No later than September 28, 2007, plaintiff shall file a motion for default judgment

20

against defendant Mark Musselman and shall notice said motion for hearing on November

21

2, 2007.

22

     2.  In the event plaintiff seeks to add new defendants herein, plaintiff shall file a First

23

Amended Complaint for such purpose no later than September 28, 2007.

24

     3.  The Court will conduct a case management conference on December 14, 2007.

25

A Case Management Statement shall be filed no later than December 7, 2007.

26

     **IT IS SO ORDERED.**

27
28

Dated:  August 21, 2007

_____
MAXINE M. CHESNEY
United States District Judge