Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 tel
(949) 222-0983 fax

Attorneys for Plaintiff Pacific Information Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> MARK MUSSELMAN, individually; AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN, <br><br> Defendants. | **CASE NO. C07-01918 MMC** <br> **[Before the Honorable Maxine M. Chesney, Courtroom 7]** <br><br> **REQUEST TO CONTINUE DATE FOR FILING MOTION FOR DEFAULT JUDGMENT AGAINST MARK MUSSELMAN AND** ~~PROPOSED~~ **ORDER** <br><br> Complaint Filing Date: 4/4/07 <br> Discovery Cut-Off Date: TBA <br> Trial Date: TBA |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Pacific Information Resources, Inc. ("Plaintiff") hereby requests leave of the Court to file its Default Application on Wednesday, October 3, 2007 instead of on Friday, September 28, 2007. Plaintiff makes this request on the basis of good cause in that extrapolating the voluminous data necessary to support the Default Judgement which will be in the neighborhood of $3 million has taken more time than anticipated.

Moreover, in order to satisfy the stringent requirements for obtaining the Default Judgment, additional documentation and discovery by Plaintiff has been required. Indeed, owing to the fact that Defendant Mark Musselman is currently incarcerated in the State of Ohio correctional facility, obviously any cooperation from either Mr. Musselman or his wife, Diana Musselman, who is also a Defendant in the related case of *Pacific v Musselman, et. al.*. Case No. C06-02306 MMC, is not forthcoming.

There will be no prejudice to any party who has direct or related interest in this case, including those parties who are Defendants in the related case noted herein.

Plaintiff humbly request this extension in order to properly comply with all statutory and local criteria for granting the Default Judgment Application.

Respectfully submitted,

DATED: September 27, 2007      **NOVO LAW GROUP, P.C.**

BY:  /s/Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

## [PROPOSED] ORDER

Plaintiff Pacific Information Resources has hereby requested to file its Default Application against Defendant Mark Musselman on Wednesday October 3, 2007 rather than on Friday, September 28, 2007.

Having considered the requested extension, good cause appearing, therefore, and no prejudice any parties appearing, IT IS HEREBY ORDERED that:

Plaintiff shall file its Application for Default Judgment not later than October 3, 2007.

Dated: September 28, 2007

Honorable MAXINE M. CHESNEY
United States District Judge