1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   PACIFIC INFORMATION RESOURCES,          No. C-07-1918 MMC
     INC.,
12                                           **ORDER DIRECTING PLAINTIFF TO**
                   Plaintiff,                **LODGE CHAMBERS COPIES IN**
13       v.                                  **COMPLIANCE WITH GENERAL**
                                             **ORDER 45 AND THE COURT'S**
14   MARK MUSSELMAN,                         **STANDING ORDERS**

15                 Defendant
                                        /
16

17       On October 3, 2007, plaintiff Pacific Information Resources, Inc. electronically filed

18   three documents:  (1) "Request for Judicial Notice," to which three exhibits are attached; (2)

19   "Declaration of Timothy J. Koster," to which six exhibits are attached; and (3) "Expert

20   Declaration of Ran Libesking Hadas, Ph.D.," to which one exhibit is attached.  Plaintiff has

21   violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to

22   the Clerk's Office "no later than noon on the business day following the day that the papers

23   are filed electronically, one paper copy of each document that is filed electronically

24   . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number,

25   and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing

26   Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

27       Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

28   Standing Orders by immediately submitting a chambers copy of the above-referenced

documents. Plaintiff is hereby advised that if it fails in the future to comply with the Court's

Standing Order to provide chambers copies of electronically-filed documents, the Court

may impose sanctions, including, but not limited to, striking from the record any

electronically-filed document of which a chambers copy has not been timely provided to the

Court.

**IT IS SO ORDERED.**

Dated: October 22, 2007

MAXINE M. CHESNEY
United States District Judge