Konrad L. Trope, Esq. SBN 133214
**Novo Law Group, P.C.**
4631 Teller Avenue, Suite 140
Newport Beach, California 92660
(949) 222-0899 tel
(949) 222-0983 fax

Attorneys for Plaintiff Pacific Information Resources, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Information Resources, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> MARK MUSSELMAN, individually; AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN, <br><br> Defendants. | **CASE NO. C07-01918 MMC** <br> **[Before the Honorable Maxine M. Chesney, Courtroom 7]** <br><br> **REQUEST FOR CONTINUANCE OF HEARING RE DEFAULT JUDGMENT BY COURT**; ORDER THEREON <br><br> Complaint Filing Date:  April 4, 2007 <br> Discovery Cut-Off Date:  TBA <br> Trial Date:  TBA <br><br> Hearing Date:  November 16, 2007 <br> Hearing Time:  9:00 a.m. <br> Department:  7 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

Plaintiff Pacific Information Resources, Inc. ("Plaintiff") hereby requests to continue the Hearing date currently set for November 16, 2007 to November 30, 2007. Plaintiff has inadvertently not yet lodged the [Proposed] Order and needs to lodge the [Proposed] Order and

---
1
**REQUEST FOR CONTINUANCE OF HEARING RE DEFAULT JUDGMENT BY COURT**
**CASE NO. C07-01918 MMC**

also serve this document upon Defendant and allow Defendant adequate time to review the [Proposed] Order. To date, Defendant has not filed an appearance or any opposition.

There will be no prejudice to any party who has direct or related interest in this case, including those parties who are Defendants in the related case noted herein.

Respectfully submitted,

DATED: November 13, 2007  **NOVO LAW GROUP, P.C.**

BY: /s/Konrad L. Trope, Esq.
California State Bar No. 133214
Novo Law Group, P.C.
4631 Teller Avenue, Ste 140
Newport Beach, California 92660
Telephone: (949) 222-0899
Facsimile: (949) 222-0983
E-mail: ktrope@novolaw.com
Attorneys for Plaintiff PACIFIC INFORMATION RESOURCES, INC.

## [~~PROPOSED~~] ORDER

Plaintiff Pacific Information Resources has hereby requested to continue the currently set Hearing regarding its Default Application against Defendant Mark Musselman from Friday, November 16, 2007 to Friday, November 30, 2007.

Having considered the requested extension, good cause appearing, therefore, and no prejudice any parties appearing, IT IS HEREBY ORDERED that:

The Hearing on Plaintiff Pacific Information Resources, Inc.'s Motion for Entry of Default Judgement is continued to Friday, November 30, 2007 at 9 a.m. in this courtroom. .

Dated: November 14, 2007

Honorable MAXINE M. CHESNEY
United States District Judge