IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC INFORMATION RESOURCES, INC.,

        Plaintiff,

v.

MARK MUSSELMAN, individually, AND DOES 1 through 100, inclusive, WHOSE IDENTITIES ARE UNKNOWN,

        Defendants.

No. CV-07-1918 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** plaintiff's application for default judgment is hereby GRANTED, and judgment in the amount of $798,230.00 is ENTERED against Mark Musselman, specifically, $760,050 in damages, together with attorney fees in the amount of $36,180 and costs in the amount of $2,000.

Dated: November 28, 2007

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk